IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH AVELINO AVALOS,<br><br>    Petitioner,<br><br> v.<br><br>RAUL LOPEZ, Warden,<br><br>    Respondent.                       / | No. C 11-3022 SBA (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS** |

     Petitioner has filed a letter to the Court which will be construed as a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

     IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **January 16, 2012**.

     Respondent shall file a reply brief no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

     IT IS SO ORDERED.

DATED: 12/12/11

                                                  SAUNDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.11\Avalos3022.EOT-Oppo.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RALPH AVELINO AVALOS JR,

        Plaintiff,

  v.

RAUL LOPEZ et al,

        Defendant.

Case Number: CV11-03022 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ralph Avelino Avalos T44828
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

Dated: December 13, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.11\Avalos3022.EOT-Oppo.wpd     2