UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH AVELINO AVALOS,<br>　　　　Petitioner<br>　　v.<br>DAVE DAVEY, Acting Warden,<br>　　　　Respondent. | Case No: 11-03022 SBA (PR)<br>**JUDGMENT** |

　　　For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

　　　IT IS SO ORDERED.

Dated: 9/17/14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.11\Avalos3022.jud.docx